PREET BHARARA
United States Attorney for the
Southern District of New York
By: MARGARET S. GRAHAM
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2923

15 MISC 0086

USDC SDNY
DOCUMENT
ELECT
DOC #:
DATE FILED: 4/8/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE NONJUDICIAL CIVIL FORFEITURE : STIPULATION AND ORDER
PROCEEDING REGARDING :
APPROXIMATELY $141,100.00 IN UNITED :
STATES CURRENCY AND A 2013 TESLA :
MODEL S PERFORMANCE SEIZED ON : 15 Misc.
OR ABOUT NOVEMBER 5, 2014, FROM :
THE VICINITY OF 915 FLORIDA STREET, SAN :
FRANCISCO, CA :
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

    WHEREAS, on or about November 5, 2014, members of the Federal Bureau of Investigations ("FBI") seized approximately $141,100.00 in United States currency and a 2013 Tesla Model S Performance (the "Subject Property") from the vicinity of 915 Florida Street, San Francisco, California;

    WHEREAS, the FBI subsequently commenced administrative proceedings to forfeit the Subject Property;

    WHEREAS, on or about January 15, 2015, the FBI received a claim from Blake Benthall, asserting his interest in the Subject Property, and whereas the FBI subsequently referred the matter to the United States Attorney's Office for judicial forfeiture;

    WHEREAS, Title 18, United States Code, Section, 983(a)(3)(A) provides that, "[n]ot later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime

Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties";

WHEREAS, pursuant to Title 18, United States Code, Section, 983(a)(3), the United States is required to file a civil complaint to forfeit the Subject Property no later than April 6, 2015;

WHEREAS, the Government, by and through Assistant United States Attorney Margaret S. Graham; Blake Benthall, by and through his attorney, Keith William Miller, Esq., are discussing a possible disposition of this case and desire a 90-day extension, until July 6, 2015, of the deadline for the Government to file a complaint against the Subject Property in order to continue those discussions;

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Subject Currency is extended from April 6, 2015, up to and including July 6, 2015.

Dated: New York, New York
April 6, 2015

PREET BHARARA
United States Attorney for
the Southern District of New York
Attorney for Plaintiff

By: _____   4/6/15
Margaret S. Graham                    DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Telephone: (212) 637-2923

Blake Benthall

By: _____   4/6/15
Keith William Miller, Esq.            DATE
Attorney for Claimant
Perkins Coie LLP
30 Rockerfeller Plaza 22nd Floor
New York, NY 10112
(212)-262-6900

So Ordered:

_____   4-8-15
UNITED STATES DISTRICT JUDGE (PART I)   DATE
SOUTHERN DISTRICT OF NEW YORK